**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bornemann Operating Company LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

**DBA  Bornemann Nursing Home**
**DBA  Bornemann Senior Communities**

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**47-1561308**

| | |
|---|---|
| 4. | Debtor's address |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **226 Bornemann Street** <br> **Green Bay, WI 54302** <br> Number, Street, City, State & ZIP Code | **5500 North Bailey Avenue** <br> **1143** <br> **Buffalo, NY 14226** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Brown** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.bornemannhomes.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Bornemann Operating Company LLC**
_____     Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Bornemann Operating Company LLC**                                   Case number *(if known)* _____
_____
Name

**10.  Are any bankruptcy cases**  ■ No
**pending or being filed by a**  ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list          Debtor _____    Relationship _____

                                District _____  When _____  Case number, if known _____

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**
                          ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                          ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
**have possession of any**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**          **Why does the property need immediate attention?** *(Check all that apply.)*

                          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                             What is the hazard? _____

                          ☐ It needs to be physically secured or protected from the weather.

                          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                          ☐ Other _____
                          **Where is the property?** _____
                                                  Number, Street, City, State & ZIP Code
                          **Is the property insured?**

                          ☐ No
                          ☐ Yes.  Insurance agency _____
                                 Contact name _____
                                 Phone _____

▮   **Statistical and administrative information**

**13.  Debtor's estimation of**  .   *Check one:*
**available funds**
                          ☐ Funds will be available for distribution to unsecured creditors.

                          ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☐ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**            ☐ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
                          ■ 100-199               ☐ 10,001-25,000          ☐ More than100,000
                          ☐ 200-999

**15.  Estimated Assets**      ☐ $0 - $50,000           ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                          ■ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000           ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor  **Bornemann Operating Company LLC**                                                 Case number (*if known*) _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Bornemann Operating Company LLC**                          Case number (*if known*) _____
          Name

�service    **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/03/2022
             MM / DD / YYYY

X _____          **Steven Tokarczyk**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Person**

**18. Signature of attorney**    X _____          Date _____
                                 Signature of attorney for debtor          MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-5806**        Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

Debtor    **Bornemann Operating Company LLC**                     Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**X** _____          **Steven Tokarczyk**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Person**

**18. Signature of attorney**    **X** _____          Date    3-3-2022
Signature of attorney for debtor          MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**    Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT

## OF THE SOLE MEMBER OF

## BORNEMANN OPERATING COMPANY LLC.

---

### February 28, 2022

The undersigned, being the sole member (the "**Member**") of Bornemann Operating Company LLC, a Delaware limited liability corporation (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

WHEREAS, the Member has determined that the Company is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the Member has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under Title 7 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a Chapter 11 bankruptcy petition in accordance with the Bankruptcy Code.

RESOLVED FURTHER, that Steve Tokarczyk, (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of Bornemann Operating Company LLC, under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Company.

RESOLVED FURTHER, that the Company shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Person is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED FURTHER, that the Company shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Person determines are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

This Action by Written Consent of the Sole Member may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the Sole Member as of the date first above written.

**BORNEMANN OPERATING COMPANY LLC,**

**ESL-WI HOLDINGS IV, LLC, SOLE MEMBER**
**BY: STEVE TOKARCZYK, AUTHORIZED PERSON**

2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Bornemann Operating Company LLC** _____    Case No. _____

Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...............................................    $    **20,000.00**

    Prior to the filing of this statement I have received ...............................    $    **0.00**

    Balance Due ...............................................................................................    $    **20,000.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_3-3-2022_ _____

_Date_

_[signature]_

**Ronald S. Gellert**
_Signature of Attorney_
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**
_Name of law firm_

---

| Fill in this information to identify the case: |
| --- |

Debtor name **Bornemann Operating Company LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/03/2022        x _____
Signature of individual signing on behalf of debtor

**Steven Tokarczyk**
Printed name

**Authorized Person**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Bornemann Operating Company LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................................   $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................................   $      **421,019.77**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................................   $      **421,019.77**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **1,346,424.73**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................   $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      **8,398,643.97**

4. Total liabilities .................................................................................................................................
Lines 2 + 3a + 3b     $      **9,745,068.70**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bornemann Operating Company LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Checking** | 3732 | **$36,700.77** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $36,700.77 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | | 537,461.00 | - | 153,142.00 | =.... | $384,319.00 |

Debtor    **Bornemann Operating Company LLC**            Case number *(If known)* _____
          Name

12.    **Total of Part 3.**                                              | $384,319.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Bornemann Operating Company LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px">**Part 12:**</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,700.77 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $384,319.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*..........................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $421,019.77 | + 91b.  $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $421,019.77 |

**Fill in this information to identify the case:**

Debtor name          **Bornemann Operating Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

| 2.1 | **226 Bornemann LLC** | Describe debtor's property that is subject to a lien | **$1,346,424.73** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**3840 E Robinson Road, #459**
**Buffalo, NY 14228**

**Personal Property, Licenses, Accounts**

Creditor's mailing address

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/2019-12/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,346,424.73 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background-color:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Bornemann Operating Company LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**226 Bornemann LLC**<br>**3840 E Robinson Road, #459**<br>**Buffalo, NY 14228**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$947,906.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A-1 Medi Mobile, Inc.**<br>**6750 Gregory Lane**<br>**Sobieski, WI 54171**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$4,459.80** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Accelerated Care Plus Leasing, Inc.**<br>**13828 Collections Center Drive**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3,188.73** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ACCESS PROSTHETICS LLC**<br>**2020 Riverside Dr. (3rd Floor)**<br>**Green Bay, WI 54301**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$603.15** |

Debtor    **Bornemann Operating Company LLC**                                Case number (if known) _____
_____
      Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$486.00** |

3.5
**ALCHARTS INC.**
PO Box 301
Marlborough, MA 01752

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$486.00**

---

3.6
**Align**
1124 Merrill Avenue
Wausau, WI 54401

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$769.44**

---

3.7
**All American Healthcare Services, Inc.**
494 Broad Street
Suite 302
Newark, NJ 07102

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,548.46**

---

3.8
**Apex Heating & Air Conditioning**
2789 Allie Street
Green Bay, WI 54304

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,603.46**

---

3.9
**Area Mechanical Inc**
W 4060 Aspen Ct
Fond Du Lac, WI 54937

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,280.00**

---

3.10
**AT& T**
PO BOX 5025
Carol Stream, IL 60197

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$672.68**

---

3.11
**ATHENA DIAGNOSTICS INC.**
200 Forest Street, 2nd Floor
Marlborough, MA 01752

    As of the petition filing date, the claim is: *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$177.03**

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.10** |
|---|---|---|---|
| | **Aurora Baycare Medical Center**<br>**PO Box 343918**<br>**Milwaukee, WI 53234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,783.84** |
|---|---|---|---|
| | **AUTOMATIC ENTRANCES OF WISCONSIN,**<br>**INC**<br>**1712 Paramount Ct**<br>**Waukesha, WI 53186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.70** |
|---|---|---|---|
| | **Batzner Pest Control, Inc.**<br>**16948 W. Victor Road**<br>**New Berlin, WI 53151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.00** |
|---|---|---|---|
| | **Baycare Clinic, LLP**<br>**PO Box 28900**<br>**Green Bay, WI 54324-0900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,425.50** |
|---|---|---|---|
| | **BELLIN HEALTH**<br>**PO BOX 8602**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,765.89** |
|---|---|---|---|
| | **Bellin Memorial Hospital, Inc.**<br>**PO Box 22487**<br>**Green Bay, WI 54305-2487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,698.25** |
|---|---|---|---|
| | **BlueCross BlueShield of WNY**<br>**Payment Processing Center**<br>**PO Box 644366**<br>**Pittsburgh, PA 15264-4362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Bornemann Operating Company LLC**                          Case number (if known) _____

Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,990,642.00** |
|---|---|---|---|
| | **Bornemann CBRF-N Operating Company LLC** | ☐ Contingent | |
| | **1866 Brook Street** | ☐ Unliquidated | |
| | **Green Bay, WI 54302** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,446,889.00** |
|---|---|---|---|
| | **Bornemann CBRF-S Operating Company LLC** | ☐ Contingent | |
| | **1853 Mill Street** | ☐ Unliquidated | |
| | **Green Bay, WI 54302** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55.55** |
|---|---|---|---|
| | **Briggs HealthCare** | ☐ Contingent | |
| | **4900 University Avenue** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **West Des Moines, IA 50266** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,324.76** |
|---|---|---|---|
| | **CareerStaff Unlimited** | ☐ Contingent | |
| | **PO Box 301076** | ☐ Unliquidated | |
| | **Dallas, TX 75303-1076** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|
| | **Children's Safety & Healthcare** | ☐ Contingent | |
| | **PO Box 999** | ☐ Unliquidated | |
| | **Cedar Falls, IA 50613** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.00** |
|---|---|---|---|
| | **CHOICE MOBILITY TRANSPORT** | ☐ Contingent | |
| | **E 4774 DUNN RD** | ☐ Unliquidated | |
| | **Sturgeon Bay, WI 54235** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,730.25** |
|---|---|---|---|
| | **CINTAS FIRE PROTECTION** | ☐ Contingent | |
| | **N56W13605 Silver Spring Drive** | ☐ Unliquidated | |
| | **MENOMONEE FALLS, WI 53051** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.92 |
|---|---|---|---|

COMFORT CONTROL SYSTEMS INC.
1550 MID VALLEY DRIVE
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,790.13 |
|---|---|---|---|

COMMUNICATIONS ENGINEERING
COMPANY
405 BOYSON RD
Hiawatha, IA 52233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.26 |
|---|---|---|---|

County Rescue Services
PO Box 1374
Green Bay, WI 54305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

Curative Connections
Transportation Services
PO Box 8027
Green Bay, WI 54308-8027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.38 |
|---|---|---|---|

De Baker, Inc.
1729 University Avenue
Green Bay, WI 54302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,173.15 |
|---|---|---|---|

ECOLAB INC.
PO Box 70343
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,493.02 |
|---|---|---|---|

Elite Nurses, Inc.
808 Bayland Court
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,087.54**

**Engels Commercial Appliance, Inc.**
**120 Packerland Drive**
**Green Bay, WI 54303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,000.00**

**ESL WI Holdings IV, LLC**
**550 N. Bailey Ave.**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,399.02**

**Favorite Healthcare Staffing**
**7255 West 98th Terrace**
**Building 5, Suite 150**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,366.60**

**Fitzsimmons Hospital Services**
**PO Box 497**
**Oak Forest, IL 60452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$565.00**

**Flexible Transportation LLC**
**390 E Le Capitaine Circle**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,160.03**

**GFL Environmental**
**PO Box 555193**
**Detroit, MI 48255-5193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.09**

**Grainger**
**Dept. 841569429**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $669.00 |
|---|---|---|---|

**Greater Green Bay Chamber**
**300 N. Broadway**
**Suite 3A**
**Green Bay, WI 54303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,475.96 |
|---|---|---|---|

**Green Bay Water Utility**
**PO Box 1210**
**Green Bay, WI 54305-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $985.73 |
|---|---|---|---|

**Green for Life Environmental**
**1799 S. Broadway Street**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $146,767.90 |
|---|---|---|---|

**Greenfield Rehabilitation Agency**
**19395 W. Capitol Drive**
**Suite 200**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,188.01 |
|---|---|---|---|

**Harris & Schwartz, LLC Client Trust Acct**
**8989 North Port Washington Road**
**Suite 201**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,036.60 |
|---|---|---|---|

**HD SUPPLY FACILITIES MAINTENANCE**
**PO BOX 509058**
**SAN DIEGO, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Health Dimensions Consulting, Inc.**
**12900 Whitewater Drive**
**Suite 201**
**Minneapolis, MN 55343**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,649.48 |
|---|---|---|---|

**Health Direct Pharmacy Services #122**
**1 Adler Drive**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $255,899.95 |
|---|---|---|---|

**Healthcare Services Group, Inc.**
**3220 Tillman Drive**
**Suite 300**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $118.10 |
|---|---|---|---|

**Healthcare Waste Management, Inc.**
**PO Box 1218**
**Frankfort, IL 60423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.20 |
|---|---|---|---|

**HJ MARTIN & SON INC**
**320 South Military Avenue**
**Green Bay, WI 54303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**HME HOME MEDICAL**
**PO BOX 1415**
**Green Bay, WI 54305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $664.08 |
|---|---|---|---|

**Hockers Plumbing, Inc.**
**2045 Profit Place**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,139.56 |
|---|---|---|---|

**Hot Water Products, Inc.**
**7500 North 81st Street**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Bornemann Operating Company LLC**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

| **IlluminAge Communication Partners**
**2200 6th Avenue**
**Suite 833**
**Seattle, WA 98121** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$330.00** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

| **Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$175.00** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

| **James M. Williams, MD**
**2480 Marina Circle**
**Suite 114**
**Green Bay, WI 54304** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7,500.00** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

| **Lakeshore Respiratory Therapy Care**
**3203 Lincoln Avenue**
**Suite 2**
**Two Rivers, WI 54241** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,637.83** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

| **Lamers Bus Lines, Inc.**
**2407 South Point Road**
**Green Bay, WI 54313** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$22.00** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

| **LAWNMASTER INC**
**2389 Pamperin Rd**
**Green Bay, WI 54313** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$396.69** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** |

| **McKesson Medical-Surgical**
**P.O. Box 933027**
**Atlanta, GA 31193-3027** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$53,095.41** |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Bornemann Operating Company LLC**    Case number *(if known)* _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $902.00 |
|---|---|---|---|

**Medcom, Inc.**
**PO Box 6003**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,297.86 |
|---|---|---|---|

**Medline Industries, Inc.**
**Dept CH 14400**
**Palatine, IL 60055-4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.40 |
|---|---|---|---|

**MULTIMEDIA CHANNELS, LLC**
**PO BOX 408**
**Waupaca, WI 54981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657.20 |
|---|---|---|---|

**National Datacare Corporation**
**Processing Center**
**PO Box 222430**
**Chantilly, VA 20153-2430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,808.00 |
|---|---|---|---|

**NORTH CENTRAL CARAVANS LLC**
**931 10TH AVE**
**Antigo, WI 54409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.30 |
|---|---|---|---|

**NORTHEAST WISCONSIN TECHNICAL**
**COLLEGE**
**2740 WEST MASON ST**
**PO BOX 19042**
**Green Bay, WI 54307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,275.50 |
|---|---|---|---|

**Northwest Respiratory Services, LLC**
**NW-7459**
**PO Box 1450**
**Minneapolis, MN 55485-7459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>**NORTHWEST WI RETINA ASSOC.**<br>**480 Pilgrim Way**<br>**Green Bay, WI 54304** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16.47 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Northwoods Fire Protection, LLC**<br>**PO Box 482**<br>**Shawano, WI 54166** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $422.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Nurses PRN**<br>**1101 E. South River Street**<br>**c/o Heather Amsler**<br>**Appleton, WI 54915** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55,783.21 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>**OMNICARE, INC.**<br>**407 PILOT COURT SUITE 300**<br>**WAUKESHA, WI 53188** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,960.14 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>**ORTHOPEDIC & SPORTS MEDICINE**<br>**SPECIALISTS**<br>**2223 LIME KILN RD SUITE 1**<br>**Green Bay, WI 54311** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $972.92 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>**OUR SAVIOR LUTHERAN CHURCH**<br>**120 SOUTH HENRY ST**<br>**Green Bay, WI 54302** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Point Click Care Technologies, Inc.**<br>**PO Box 674802**<br>**Detroit, MI 48267-4802** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,130.36 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.02 |
|---|---|---|---|

**Prevea Health Systems**
**2710 Executive Drive**
**Green Bay, WI 54307-9070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,783.21 |
|---|---|---|---|

**PRN Health Services**
**c/o Heather Amsler**
**1101 E. South River**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.69 |
|---|---|---|---|

**Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,442.04 |
|---|---|---|---|

**Quality Assured Office Machines, Inc.**
**PO Box 10913**
**Green Bay, WI 54307-0913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.00 |
|---|---|---|---|

**RapidMEQ, LLC**
**102 Coulee Shore Drive**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**Reeke - Marold Co., Inc.**
**1337 S. Broadway**
**Green Bay, WI 54304-3505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Refuse Specialists, LLC**
**PO Box 845122**
**Los Angeles, CA 90084-5122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Roto-Rooter Services Company**
**PO Box 5253**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$931.69**

**SAN-A-CARE, INC.**
**W223 N605 SARATOGA DRIVE**
**PO BOX 4250**
**Waukesha, WI 53187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,249.19**

**Security Health Plan**
**1515 North Saint Joseph Avenue**
**Marshfield, WI 54449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,509.98**

**Shiftkey**
**PO Box 735913**
**Dallas, TX 75373-5913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$590.49**

**Sinclair Plumbing, Inc.**
**1950 Radisson Street**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,443.80**

**Spectrum**
**PO Box 6030**
**Carol Stream, IL 60197-6030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.97**

**St Mary's Hospital Medical Center**
**1726 Shawano Avenue**
**Green Bay, WI 54303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Bornemann Operating Company LLC**
_____    Case number _(if known)_ _____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,883.09 |
|---|---|---|---|

**St. Vincent Hospital**
**PO Box 13508**
**Green Bay, WI 54307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,382.50 |
|---|---|---|---|

**Staples**
**PO Box 105748**
**Atlanta, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $907.51 |
|---|---|---|---|

**SUPERIOR CHEMICAL CORPORATION**
**PO Box 1085**
**SHEBOYGAN, WI 53082-1085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $16,520.15 |
|---|---|---|---|

**Talented Workforce Solutions**
**401 S. Coit Road**
**Apt 1628**
**McKinney, TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,843.32 |
|---|---|---|---|

**TASC**
**Client Invoices**
**PO Box 88278**
**Milwaukee, WI 53288-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $51,582.61 |
|---|---|---|---|

**Therapia Staffing**
**PO Box 207841**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $404.03 |
|---|---|---|---|

**Transcat, Inc.**
**PO Box 62827**
**Baltimore, MD 21264-2827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**TSI Legal, LLC**
**PO Box 173019**
**Tampa, FL 33672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.50 |
|---|---|---|---|

**UNDER PRESSURE LLC**
**PO BOX 5**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.49 |
|---|---|---|---|

**Urology Associated of Green Bay**
**720 S VanBuren Street**
**Suite 301**
**Green Bay, WI 54301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Von Briesen & Roper S.C.**
**411 East Wisconsin Avenue**
**Suite 1000**
**Milwaukee, WI 53202-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.00 |
|---|---|---|---|

**Watters Plumbing, Inc.**
**1303 Midway Road**
**PO Box 118**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,263.20 |
|---|---|---|---|

**WHCA Service Corporation**
**131 West Wilson Street**
**Suite 1001**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**WI Department of Justice**
**Box 93970**
**Milwaukee, WI 53293-3970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bornemann Operating Company LLC**
　　　　　Name

Case number (if known) _____

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.04 |
|---|---|---|---|

**WI Medemploy**
**1817 Highland Drive**
**#1214**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.00 |
|---|---|---|---|

**WIL-KIL PEST CONTROL**
**PO BOX 600730**
**JACKSONVILLE, FL 32260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**WIPFLI**
**PO Box 3160**
**Milwaukee, WI 53201-3160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645,912.48 |
|---|---|---|---|

**Wisconsin Department of Health Services**
**Box 93594**
**Milwaukee, WI 53293-0594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,179.00 |
|---|---|---|---|

**Wisconsin Healthcare Association, Inc.**
**131 West Wilson Street**
**#1001**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,153.51 |
|---|---|---|---|

**Wisconsin Media**
**PO Box 677386**
**Dallas, TX 75267-7386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.87 |
|---|---|---|---|

**YP LLC**
**PO BOX 5010**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Bornemann Operating Company LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **8,398,643.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **8,398,643.97** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bornemann Operating Company LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Lease for 226 Bornemann Street, Green Bay WI** | |
| State the term remaining — **12/2024** | **226 Bornemann LLC**<br>**3840 E Robinson Road, #459**<br>**Buffalo, NY 14228** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Bornemann Operating Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Bornemann Operating Company LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,717,127.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$5,365,583.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Bornemann Operating Company LLC**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **ESL WI Holdings IV, LLC**<br>**550 N. Bailey Ave.**<br>**Buffalo, NY 14226**<br>**Managing Member** | 12/31/2021 | $60,000.00 | **Note** |
| 4.2.    **226 Bornemann LLC**<br>**3840 E Robinson Road, #459**<br>**Buffalo, NY 14228** | | $162,474.00 | **Rent** |
| 4.3.    **Elite Senior Living Inc.**<br>**5500 N Bailey Avenue**<br>**Buffalo, NY 14226** | 1/2022,<br>2/2022 | $5,000.00 | **Shared costs** |

5. **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Bornemann Operating Company LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shiftkey LLC v. Bornermann Operating Company LLC**<br>DC-22-00426 | **Breach of contract** | **District Court of Dallas County Texas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Medline Industries LP v. Bornemann Operating Company LLC, et al.**<br>20211123300 | **Breach of Contract** | **Circuit Court of Cook County Illinois** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Healthcare Services Group, Inc., vs Bornemann Operating Company , LLC**<br>21-4666 | **Breach of Contract** | **United States District Court Eastern District of Pennsylvania** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **McKesson Medical-Surgical Minnesota Supply Inc. v. Bornemann Operating Company, LLC**<br>2020CV001035 | | **State of Wisconsin Circuit Court**<br>**Brown County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **PRN Health Services, Inc., v Bornemann Operating Company, LLC**<br>2020CV0398 | **Breach of Contract** | **Wisconsin Circuit Court Outagamie County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Bornemann Operating Company LLC**                                    Case number *(if known)* _____

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange St.** **Suite 300** **Wilmington, DE 19801** | | **2/25/2022** | **$20,338.00** |
| **Email or website address** **rgellert@gsbblaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Bryan Cave Leighton Paisner LLP** **161 N. Clark Street** **Suite 4300** **Chicago, IL 60601** | | **1/31/2022** | **$7,500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | Bornemann Operating Company LLC | Case number *(if known)* | |

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Former patient information

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Bornemann Operating Company LLC**    Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**1850 Enterprise Dr.**<br>**De Pere, WI 54115** | Steven Tokarczyk | **Former patient records, buisness records** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Bornemann Operating Company LLC**                                                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Elite Senior Living, Inc.**<br>**5500 N. Bailey Avenue**<br>**#1143**<br>**Buffalo, NY 14226** | **12/2014-11/2019** |
| 26a.2. **Health Dimensions Group**<br>**12900 Whitewater Drive**<br>**Minnetonka, MN 55343** | **12/2019-12/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Elite Senior Living, Inc.**<br>**5500 N. Bailey Avenue**<br>**#1143**<br>**Buffalo, NY 14226** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Capital Finance LLC**<br>**1422 Clarkview Rd**<br>**Baltimore, MD 21209** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Tokarczyk** | **3840 E. Robinson Road, #459**<br>**Buffalo, NY 14228** | **Authorized Representative** | |

Debtor    **Bornemann Operating Company LLC**                    Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **ESL WI Holdings IV, LLC** | EIN:    **46-3772166** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/03/2022

Signature of individual signing on behalf of the debtor

**Steven Tokarczyk**
Printed name

Position or relationship to debtor    **Authorized Person**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Attachment to Part 2.3 - Statement of Financial Affairs

| Vendor | Date | Amount |
|---|---|---|
| Bryan Cave Leighton Paisner LLP | 1/31/2022 | $8,579.50 |
| Capital Finance LLC | 12/31/2021 | $28,293.26 |
| Elite Senior Living Inc. | 2/7/2022 | $5,000.00 |
| ESL WI Holdings IV LLP | 12/31/2021 | $60,000.00 |
| First Insurance Funding | 1/5/2022 | $3,880.42 |
| First Insurance Funding | 1/31/2022 | $3,880.42 |
| First Insurance Funding | 2/7/2022 | $3,880.42 |
| First Insurance Funding | 3/2/2022 | $3,880.42 |
| Gellert, Scali, Busenkell, Brown LLC | 2/25/2022 | $10,338.00 |
| Gellert, Scali, Busenkell, Brown LLC | 3/2/2022 | $10,000.00 |
| M3 Insurance Solutions | 12/1/2021 | $7,150.91 |
| Nurses PRN | 1/20/2022 | $4,000.00 |
| Nurses PRN | 12/8/2021 | $4,000.00 |
| Nurses PRN | 1/20/2022 | $4,000.00 |
| Pace Corporation | 1/5/2022 | $2,459.00 |
| Pace Corporation | 2/15/2022 | $13,227.27 |
| Payright Payroll Inc | 2/14/2022 | $18,290.35 |
| Wisconsin Public Service | 1/5/2022 | $2,998.80 |
| Wisconsin Public Service | 1/31/2022 | $4,704.70 |
| Wisconsin Public Service | 2/7/2022 | $5,123.60 |

## United States Bankruptcy Court
### District of Delaware

In re   **Bornemann Operating Company LLC**

Debtor(s)

Case No.  _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  03/03/2022

Steven Tokarczyk/Authorized Person
Signer/Title

BORNEMANN OPERATING COMPANY LLC
5500 NORTH BAILEY AVENUE
1143
BUFFALO, NY 14226

LAREA MECHANICAL INC
W 4060 ASPEN CT
FOND DU LAC, WI 54937

BLUECROSS BLUESHIELD OF WN
PAYMENT PROCESSING CENTER
PO BOX 644366
PITTSBURGH, PA 15264-4362

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

AT& T
PO BOX 5025
CAROL STREAM, IL 60197

BORNEMANN CBRF-N OPERATING LL
1866 BROOK STREET
GREEN BAY, WI 54302

226 BORNEMANN LLC
3840 E ROBINSON ROAD, #459
BUFFALO, NY 14228

ATHENA DIAGNOSTICS INC.
200 FOREST STREET, 2ND FLOOR
MARLBOROUGH, MA 01752

BORNEMANN CBRF-S OPERATING LL
1853 MILL STREET
GREEN BAY, WI 54302

A-1 MEDI MOBILE, INC.
6750 GREGORY LANE
SOBIESKI, WI 54171

AURORA BAYCARE MEDICAL CENTER
PO BOX 343918
MILWAUKEE, WI 53234

BRIGGS HEALTHCARE
4900 UNIVERSITY AVENUE
SUITE 200
WEST DES MOINES, IA 50266

ACCELERATED CARE PLUS LEASING, INC
13828 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

AUTOMATIC ENTRANCES OF WISCONSIN, IN
1712 PARAMOUNT CT
WAUKESHA, WI 53186

BRYAN CAVE LEIGHTON PAISNELL
PO BOX 503089
SAINT LOUIS, MO 63150-3089

ACCESS PROSTHETICS LLC
2020 RIVERSIDE DR. (3RD FLOOR)
GREEN BAY, WI 54301

AXIOM SYSTEMS, INC.
241 EAST FOURTH STREET
SUITE 209
FREDERICK, MD 21701

CAPITAL FINANCE LLC
1422 CLARKVIEW RD
BALTIMORE, MD 21209

ALCHARTS INC.
PO BOX 301
MARLBOROUGH, MA 01752

BATZNER PEST CONTROL, INC.
16948 W. VICTOR ROAD
NEW BERLIN, WI 53151

CAREERSTAFF UNLIMITED
PO BOX 301076
DALLAS, TX 75303-1076

ALIGN
1124 MERRILL AVENUE
WAUSAU, WI 54401

BAYCARE CLINIC, LLP
PO BOX 28900
GREEN BAY, WI 54324-0900

CHILDREN'S SAFETY & HEALTHC
PO BOX 999
CEDAR FALLS, IA 50613

ALL AMERICAN HEALTHCARE SERVICES, INC
494 BROAD STREET
SUITE 302
NEWARK, NJ 07102

BELIN HEALTH
PO BOX 8602
CAROL STREAM, IL 60197

CHOICE MOBILITY TRANSPORT
E 4774 DUNN RD
STURGEON BAY, WI 54235

APEX HEATING & AIR CONDITIONING
2789 ALLIE STREET
GREEN BAY, WI 54304

BELLIN MEMORIAL HOSPITAL, INC.
PO BOX 22487
GREEN BAY, WI 54305-2487

CINTAS FIRE PROTECTION
N56W13605 SILVER SPRING DRIV
MENOMONEE FALLS, WI 53051

COMFORT CONTROL SYSTEMS INC.
1550 MID VALLEY DRIVE
DE PERE, WI 54115

FAVORITE HEALTHCARE STAFFING
7255 WEST 98TH TERRACE
BUILDING 5, SUITE 150
OVERLAND PARK, KS 66212

HD SUPPLY FACILITIES MAINTEN
PO BOX 509058
SAN DIEGO, CA 92150-9058

COMMUNICATIONS ENGINEERING COMPANY
405 BOYSON RD
HIAWATHA, IA 52233

FITZSIMMONS HOSPITAL SERVICES
PO BOX 497
OAK FOREST, IL 60452

HEALTH DIMENSIONS CONSULTIN
12900 WHITEWATER DRIVE
SUITE 201
MINNEAPOLIS, MN 55343

COUNTY RESCUE SERVICES
PO BOX 1374
GREEN BAY, WI 54305

FLEXIBLE TRANSPORTATION LLC
390 E LE CAPITAINE CIRCLE
GREEN BAY, WI 54302

HEALTH DIRECT PHARMACY SER
1 ADLER DRIVE
EAST SYRACUSE, NY 13057

CURATIVE CONNECTIONS
TRANSPORTATION SERVICES
PO BOX 8027
GREEN BAY, WI 54308-8027

GFL ENVIRONMENTAL
PO BOX 555193
DETROIT, MI 48255-5193

HEALTHCARE SERVICES GROUP IN
3220 TILLMAN DRIVE
SUITE 300
BENSALEM, PA 19020

DE BAKER, INC.
1729 UNIVERSITY AVENUE
GREEN BAY, WI 54302

GRAINGER
DEPT. 841569429
PALATINE, IL 60038

HEALTHCARE WASTE MANAGEM IN
PO BOX 1218
FRANKFORT, IL 60423

DEVON D. SHARP, ESQ.
MUNSCH HARDT KOPF & HARR, P.C.
500 N. AKARD STREET, STE. 3800
DALLAS, TX 75201-6659

GREATER GREEN BAY CHAMBER
300 N. BROADWAY
SUITE 3A
GREEN BAY, WI 54303

HJ MARTIN & SON INC
320 SOUTH MILITARY AVENUE
GREEN BAY, WI 54303

ECOLAB INC.
PO BOX 70343
CHICAGO, IL 60673

GREEN BAY WATER UTILITY
PO BOX 1210
GREEN BAY, WI 54305-1210

HME HOME MEDICAL
PO BOX 1415
GREEN BAY, WI 54305

ELITE NURSES, INC.
808 BAYLAND COURT
GREEN BAY, WI 54304

GREEN FOR LIFE ENVIRONMENTAL
1799 S. BROADWAY STREET
DE PERE, WI 54115

HOCKERS PLUMBING, INC.
2045 PROFIT PLACE
DE PERE, WI 54115

ENGELS COMMERCIAL APPLIANCE, INC
120 PACKERLAND DRIVE
GREEN BAY, WI 54303

GREENFIELD REHABILITATION AGENCY
19395 W. CAPITOL DRIVE
SUITE 200
BROOKFIELD, WI 53045

HOT WATER PRODUCTS, INC.
7500 NORTH 81ST STREET
MILWAUKEE, WI 53223

ESL WI HOLDINGS IV, LLC
550 N. BAILEY AVE.
BUFFALO, NY 14226

HARRIS & SCHWARTZ, LLC CLIENT TRUST ACCT
8989 NORTH PORT WASHINGTON ROAD
SUITE 201
MILWAUKEE, WI 53217

US IMAGE COMMUNICATION P
2200 6TH AVENUE
SUITE 833
SEATTLE, WA 98121

INTEGRATED HEALTH SYSTEMS LLC
7520 W. 160TH STREET
SUITE 101
OVERLAND PARK, KS 66085

MEDLINE INDUSTRIES, INC.
DEPT CH 14400
PALATINE, IL 60055-4400

OMNICARE, INC.
407 PILOT COURT SUITE 300
WAUKESHA, WI 53188

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

MULTIMEDIA CHANNELS, LLC
PO BOX 408
WAUPACA, WI 54981

ORTHOPEDIC & SPORTS MEDICS
2223 LIME KILN RD SUITE 1
GREEN BAY, WI 54311

JAMES M. WILLIAMS, MD
2480 MARINA CIRCLE
SUITE 114
GREEN BAY, WI 54304

NATIONAL DATACARE CORPORATION
PROCESSING CENTER
PO BOX 222430
CHANTILLY, VA 20153-2430

OUR SAVIOR LUTHERAN CHURC
120 SOUTH HENRY ST
GREEN BAY, WI 54302

JOHN C. KILGANNON, ESQ.
STEVENS & LEE P.C.
1500 MARKT STREET, EAST TOWER
SUITE 1800
PHILADELPHIA, PA 19102

NEVILLE'S INC
1857 SAL STREET
GREEN BAY, WI 54302

PACE CORPORATION
N694 COUNTY HWY C8
APPLETON, WI 54914

LAKESHORE RESPIRATORY THERAPY CARE
3203 LINCOLN AVENUE
SUITE 2
TWO RIVERS, WI 54241

NORTH CENTRAL CARAVANS LLC
931 10TH AVE
ANTIGO, WI 54409

PAUL K. SCHWARTZ, ESQ.
HARRIS AND SCHWARTZ, LLC
8989 NORTH PORT WASHINGTON R
SUITE 201
MILWAUKEE, WI 53217

LAMERS BUS LINES, INC.
2407 SOUTH POINT ROAD
GREEN BAY, WI 54313

NORTHEAST WISCONSIN TECHNICAL COLLEGE
2740 WEST MASON ST
PO BOX 19042
GREEN BAY, WI 54307

POINTCLICK CARE TECHNOLOG N
PO BOX 674802
DETROIT, MI 48267-4802

LAWNMASTER INC
2389 PAMPERIN RD
GREEN BAY, WI 54313

NORTHWEST RESPIRATORY SERVICES, LLC
NW-7459
PO BOX 1450
MINNEAPOLIS, MN 55485-7459

PREVEA HEALTH SYSTEMS
2710 EXECUTIVE DRIVE
GREEN BAY, WI 54307-9070

M3 INSURANCE SOLUTIONS
PO BOX 8950
MADISON, WI 53708

NORTHWEST WI RETINA ASSOC.
480 PILGRIM WAY
GREEN BAY, WI 54304

PRN HEALTH SERVICES
C/O HEATHER AMSLER
1101 E. SOUTH RIVER
APPLETON, WI 54915

MCKESSON MEDICAL-SURGICAL
P.O. BOX 933027
ATLANTA, GA 31193-3027

NORTHWOODS FIRE PROTECTION, LLC
PO BOX 482
SHAWANO, WI 54166

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

MEDCOM, INC.
PO BOX 6003
CYPRESS, CA 90630

NURSES PRN
1101 E. SOUTH RIVER STREET
C/O HEATHER AMSLER
APPLETON, WI 54915

QUALITY ASSURED OFFICE MAC N
PO BOX 10913
GREEN BAY, WI 54307-0913

RAPIDMEQ, LLC
102 COULEE SHORE DRIVE
LAFAYETTE, LA 70503

ST. VINCENT HOSPITAL
PO BOX 13508
GREEN BAY, WI 54307

UROLOGY ASSOCIATED OF GREB
720 S VANBUREN STREET
SUITE 301
GREEN BAY, WI 54301

REEKE - MAROLD CO., INC.
1337 S. BROADWAY
GREEN BAY, WI 54304-3505

STAPLES
PO BOX 105748
ATLANTA, GA 30348-5748

VON BRIESEN & ROPER S.C.
411 EAST WISCONSIN AVENUE
SUITE 1000
MILWAUKEE, WI 53202-4409

REFUSE SPECIALISTS, LLC
PO BOX 845122
LOS ANGELES, CA 90084-5122

SUPERIOR CHEMICAL CORPORATION
PO BOX 1085
SHEBOYGAN, WI 53082-1085

WATTERS PLUMBING, INC.
1303 MIDWAY ROAD
PO BOX 118
MENASHA, WI 54952

ROTO-ROOTER SERVICES COMPANY
PO BOX 5253
DE PERE, WI 54115

TALENTED WORKFORCE SOLUTIONS
401 S. COIT ROAD
APT 1628
MCKINNEY, TX 75072

WHCA SERVICE CORPORATION
131 WEST WILSON STREET
SUITE 1001
MADISON, WI 53703

SAN-A-CARE, INC.
W223 N605 SARATOGA DRIVE
PO BOX 4250
WAUKESHA, WI 53187

TASC
CLIENT INVOICES
PO BOX 88278
MILWAUKEE, WI 53288-0001

WI DEPARTMENT OF JUSTICE
BOX 93970
MILWAUKEE, WI 53293-3970

SECURITY HEALTH PLAN
1515 NORTH SAINT JOSEPH AVENUE
MARSHFIELD, WI 54449

THE CKB FIRM
30 NORTH LASALE ST.
SUITE 1520
CHICAGO, IL 60602

WI MEDEMPLOY
1817 HIGHLAND DRIVE
#1214
GRAFTON, WI 53024

SHIFTKEY
PO BOX 735913
DALLAS, TX 75373-5913

THERAPIA STAFFING
PO BOX 207841
DALLAS, TX 75320

WIL-KIL PEST CONTROL
PO BOX 600730
JACKSONVILLE, FL 32260

SINCLAIR PLUMBING, INC.
1950 RADISSON STREET
GREEN BAY, WI 54302

TRANSCAT, INC.
PO BOX 62827
BALTIMORE, MD 21264-2827

WIPFLI
PO BOX 3160
MILWAUKEE, WI 53201-3160

SPECTRUM
PO BOX 6030
CAROL STREAM, IL 60197-6030

TSI LEGAL, LLC
PO BOX 173019
TAMPA, FL 33672

WISCONSIN DEPARTMENT OF HS
BOX 93594
MILWAUKEE, WI 53293-0594

ST MARY'S HOSPITAL MEDICAL CENTER
1726 SHAWANO AVENUE
GREEN BAY, WI 54303

UNDER PRESSURE LLC
PO BOX 5
DE PERE, WI 54115

WISCONSIN HEALTHCARE ASSOC
131 WEST WILSON STREET
#1001
MADISON, WI 53703

WISCONSIN  MEDIA
PO  BOX  677386
DALLAS, TX 75267-7386


WISCONSIN  PUBLIC  SERVICE
PO  BOX  6040
CAROL STREAM, IL 60197-6040


YP  LLC
PO  BOX  5010
CAROL STREAM, IL 60197